```
MINUTE ENTRY
FALLON, J.
OCTOBER 7, 2010
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-218 |
| CHRIS LAMONT MCCANN | SECTION:  L |

BEFORE JUDGE ELDON E. FALLON
Case Manager:  Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances: AUSA Christopher Cox III for government
George Chaney, Jr., Asst. FPD for defendant
Probation Officer

---

RE-SENTENCING AS TO COUNT ONE OF THE INDICTMENT:

The defendant is present.
Government Exhibit A is admitted.
No objection to the PSI by either side.

Sentence: See Judgment in a Criminal Case.

The defendant is remanded to the custody of the U.S. Marshal.


JS-10:  :11

AO 187(Rev. 4/82)     **EXHIBIT AND WITNESS LIST**

| USA | VS. | CHRIS LAMONT MCCANN | DISTRICT COURT Eastern District of Louisiana |
|---|---|---|---|
| PLAINTIFF'S ATTORNEY Christopher Cox III | | DEFENDANT'S ATTORNEY George Chaney, Jr. | DOCKET NUMBER 08cr218 - L |
| | | | TRIAL DATE(S) 10-7-10 |
| PRESIDING JUDGE Eldon E. Fallon | | COURT REPORTER Jodi Simcox | COURTROOM DEPUTY Gaylyn Lambert |

| PL. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | 10-7-2010 | x | x | Documents from Criminal District Court re; 387-536 - K |
| | | | | | |